BEFORE THE THIRD DIVISION, OCTOBER 15, 1941.

No. 46461.—Protests 809940–G, etc., of C. A. Cross & Co., Inc., et al. (New York).

Opinion by CLINE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, OCTOBER 16, 1941.

No. 46462.—Petition 5934–R of Jordan Marsh Co. (Boston).

Opinion by TILSON, J.  The weight of the evidence clearly showed that the entry of the merchandise at a less value than that returned upon final appraisement was without any intention to defraud the revenue of the United States, to conceal or misrepresent the facts, or to deceive the appraiser as to the true value of the merchandise.  The petition was therefore granted.

BEFORE THE FIRST DIVISION, OCTOBER 17, 1941.

No. 46463.—Petition 6109–R of L. Bamberger & Co. (New York).

Opinion by OLIVER, P. J.  From an examination of the record and a consideration of the facts produced, the court was satisfied that the entry was made without any intention to defraud the revenue of the United States, to conceal or misrepresent the facts, or to deceive the appraiser.  The petition was therefore granted.

No. 46464.—Petition 6110–R of L. Bamberger & Co. (New York).

Opinion by OLIVER, P. J.  From an examination of the record and a consideration of the facts the court was satisfied that the entry was without any intention to defraud the revenue of the United States, to conceal or misrepresent the facts, or to deceive the appraiser as to the true value of the merchandise.  The petition was therefore granted.

No. 46465.—Protests 59553–K, etc., of Volupte, Inc. (New York).

Opinion by WALKER, J.  In accordance with stipulation of counsel that the merchandise is the same as that passed upon in *Volupte, Inc.* v. *United States* (6 Cust. Ct. 130, C. D. 445), the claim at 20 percent under paragraph 1558 was sustained.

No. 46466.—Protest 949778–G of Erwin Cahn (St. Louis).

Opinion by WALKER, J.  In accordance with stipulation of counsel and on the authority of Abstract 43642 the protest was sustained.